MELINDA MIDDLEBROOKS ESQ
841 MOUNTAIN AVENUE, FIRST FLOOR
SPRINGFIELD, NJ  07081

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018**
Chapter 13 Case # 14-30119

Re:    DONITA L MAYNARD                                       Atty:   MELINDA MIDDLEBROOKS ESQ
       134 BURNETT STREET                                             841 MOUNTAIN AVENUE, FIRST FLOOR
       ELIZABETH,  NJ  07202                                          SPRINGFIELD, NJ  07081

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $419,167.82**

## RECEIPTS AS OF 12/31/2018      (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/02/2014 | $1,000.00 | 106402313127 | 12/02/2014 | $886.00 | 106402313138 |
| 02/03/2015 | $758.00 | 106506770183 | 02/03/2015 | $128.00 | 106506770051 |
| 02/03/2015 | $1,000.00 | 106506770040 | 02/24/2015 | $6,506.00 | 1934020000   - |
| 04/09/2015 | $1,000.00 | 106506773626 | 04/09/2015 | $1,000.00 | 106506773637 |
| 04/09/2015 | $600.00 | 106506773660 | 04/09/2015 | $1,000.00 | 106506773659 |
| 04/09/2015 | $1,000.00 | 106506773648 | 05/04/2015 | $1,000.00 | 106506774715 |
| 05/04/2015 | $906.00 | 106506774726 | 06/02/2015 | $1,000.00 | 106506776189 |
| 06/02/2015 | $1,000.00 | 106506776190 | 06/02/2015 | $1,000.00 | 106506776200 |
| 06/02/2015 | $1,000.00 | 106506776211 | 06/02/2015 | $1,000.00 | 106506776222 |
| 06/02/2015 | $1,000.00 | 106506776233 | 06/02/2015 | $506.00 | 106506776244 |
| 07/02/2015 | $6,506.00 | 203005878 | 07/21/2015 | $1,000.00 | 106864913067 |
| 07/21/2015 | $1,000.00 | 106864913045 | 07/21/2015 | $1,000.00 | 106864913056 |
| 07/21/2015 | $1,000.00 | 106864913100 | 07/21/2015 | $1,000.00 | 106864913111 |
| 07/21/2015 | $1,000.00 | 106864913122 | 07/21/2015 | $506.00 | 106864913133 |
| 08/05/2015 | $1,000.00 | 106864913639 | 08/05/2015 | $1,000.00 | 106864913617 |
| 08/05/2015 | $1,000.00 | 106864913628 | 08/05/2015 | $1,000.00 | 106864913595 |
| 08/05/2015 | $1,000.00 | 106864913606 | 08/14/2015 | $1,000.00 | 106864914277 |
| 08/14/2015 | $1,000.00 | 106864914288 | 08/14/2015 | $1,000.00 | 106864914299 |
| 08/14/2015 | $1,000.00 | 106864914266 | 08/14/2015 | $1,000.00 | 106864914300 |
| 08/14/2015 | $1,000.00 | 106864914310 | 08/14/2015 | $506.00 | 106864914321 |
| 10/09/2015 | $6,506.00 | 1670000139 | 11/03/2015 | $6,506.00 | 855188 |
| 12/15/2015 | $6,506.00 | 1670005479 | 01/14/2016 | $4,600.00 | 855285 |
| 02/26/2016 | $8,032.00 | 1670000566 | 02/26/2016 | $6,506.00 | 1670000567 |
| 03/24/2016 | $6,506.00 | 1670000670 | 05/03/2016 | $6,506.00 | 1670000842 |
| 06/01/2016 | $6,506.00 | 1670000968 | 06/01/2016 | $6,506.00 | 1670000967 |
| 07/15/2016 | $6,506.00 | 1670001130 | 08/09/2016 | $6,506.00 | 1670001232 |
| 09/19/2016 | $6,506.00 | 1670001414 | 11/01/2016 | $6,506.00 | 1670001531 |
| 12/09/2016 | $6,506.00 | 877052 | 12/09/2016 | $7,624.00 | 877106 |
| 01/20/2017 | $7,624.00 | 877396 | 03/01/2017 | $7,624.00 | 1670001871 |
| 03/24/2017 | $7,624.00 | 882367 | 04/18/2017 | $7,624.00 | 1670002050 |
| 06/13/2017 | $1,724.00 | 1670002263 | 06/13/2017 | $6,000.00 | 882961 |
| 08/24/2017 | $7,624.00 | 4228410000   - | 08/24/2017 | $9,000.00 | 4228426000   - |
| 08/24/2017 | $6,149.06 | 4228437000   - | 09/22/2017 | $7,624.00 | 4301346000   - |

**Chapter 13 Case # 14-30119**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/02/2017 | $7,624.00 | 4410188000 - | 11/16/2017 | $7,624.00 | 4447983000 - |
| 02/08/2018 | $7,624.00 | 4658506000 - | 04/09/2018 | $7,624.00 | 4817465000 |
| 04/09/2018 | $9,000.00 | 4817492000 | 04/09/2018 | $6,247.00 | 4819676000 |
| 05/01/2018 | $7,624.00 | 4878658000 | 05/10/2018 | $7,624.00 | 4905173000 |
| 06/26/2018 | $8,054.00 | 5017622000 | 07/19/2018 | $8,054.00 | 5080608000 |
| 08/07/2018 | $8,054.00 | 5135680000 | 09/24/2018 | $8,054.00 | 5255504000 |
| 10/23/2018 | $8,054.00 | 5333663000 | 11/30/2018 | $8,054.00 | 5428150000 |
| 12/31/2018 | $8,054.00 | 5504507000 | | | |

**Total Receipts: $338,628.06 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $338,628.06**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018       (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| OCWEN LOAN SERVICING LLC | | | | | | |
| | 04/20/2015 | $412.87 | 730,362 | 05/18/2015 | $325.26 | 732,387 |
| | 06/15/2015 | $134.77 | 734,467 | 07/20/2015 | $464.37 | 736,667 |
| | 08/10/2015 | $464.37 | 738,703 | 09/14/2015 | $1,285.62 | 740,701 |
| | 11/16/2015 | $109.38 | 744,926 | 12/17/2015 | $456.16 | 746,906 |
| | 01/19/2016 | $456.16 | 748,977 | 02/16/2016 | $322.53 | 750,973 |
| RESIDENTIAL MORTGAGE LOAN TRUST | | | | | | |
| | 12/19/2016 | $6,122.15 | 769,815 | 01/17/2017 | $13,296.33 | 771,765 |
| | 02/21/2017 | $7,174.18 | 773,623 | 04/14/2017 | $7,174.18 | 777,377 |
| | 05/15/2017 | $7,174.18 | 779,263 | 06/19/2017 | $7,174.18 | 781,223 |
| | 07/17/2017 | $7,268.28 | 783,280 | 09/25/2017 | $21,429.45 | 786,942 |
| | 11/20/2017 | $7,471.52 | 790,527 | 12/18/2017 | $14,348.36 | 792,465 |
| RESIDENTIAL MORTGAGE LOAN TRUST 2013-TT2 | | | | | | |
| | 04/20/2015 | $5,151.82 | 730,503 | 05/18/2015 | $4,058.54 | 732,539 |
| | 06/15/2015 | $1,681.65 | 734,621 | 07/20/2015 | $5,794.40 | 736,823 |
| | 08/10/2015 | $5,794.40 | 738,826 | 09/14/2015 | $16,041.92 | 740,846 |
| | 11/16/2015 | $1,364.79 | 745,060 | 12/17/2015 | $5,692.01 | 747,043 |
| | 01/19/2016 | $5,692.01 | 749,122 | 02/16/2016 | $4,024.47 | 751,112 |
| | 04/18/2016 | $12,719.09 | 755,163 | 05/13/2016 | $962.07 | 757,110 |
| | 06/20/2016 | $7,244.59 | 759,105 | 07/18/2016 | $12,296.34 | 761,097 |
| | 08/15/2016 | $6,148.17 | 762,971 | 09/19/2016 | $6,148.17 | 764,998 |
| | 11/15/2016 | $6,148.17 | 768,843 | | | |
| WILMINGTON SAVINGS FUND SOCIETY | | | | | | |
| | 03/19/2018 | $7,174.18 | 798,081 | 05/14/2018 | $21,635.96 | 801,838 |
| | 06/18/2018 | $14,424.60 | 803,739 | 08/20/2018 | $15,238.16 | 807,593 |
| | 09/17/2018 | $7,812.38 | 809,566 | 11/19/2018 | $7,812.38 | 813,420 |
| | 12/17/2018 | $7,594.92 | 815,294 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 17,705.49 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 14,013.24 | 100.00% | 14,013.24 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | WILMINGTON SAVINGS FUND SOCIETY | MTG PARTIAL CR | 370,295.51 | 100.00% | 294,882.92 | |
| 0004 | OCWEN LOAN SERVICING LLC | MORTGAGE ARRE | 4,431.49 | 100.00% | 4,431.49 | |
| 0005 | AMWEBLOAN LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 146.50 | * | 0.00 | |
| 0007 | CERASTES, LLC | UNSECURED | 510.00 | * | 0.00 | |
| 0008 | NICOLETTE BLECK | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | WILMINGTON SAVINGS FUND SOCIETY | UNSECURED | 281,249.38 | * | 0.00 | |

**Total Paid:  $331,033.14**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $338,628.06      -    Paid to Claims: $299,314.41    -    Admin Costs Paid: $31,718.73  =    Funds on Hand: $7,594.92

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.